## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:15-cv-4046-SVW-JC | Date | June 10, 2015 |
|---|---|---|---|
| Title | Sergio Varela v. Syrus Gahremand, et al. | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**        IN CHAMBERS ORDER REMANDING THE CASE

Generally, removal jurisdiction is disfavored. *Gaus v. Miles, Inc.*, 980 F.2d 564, 566 (9th Cir. 1992). But it is proper if the case could have been filed in federal court originally. 28 U.S.C. § 1441; *Syngenta Crop Protection, Inc. v. Henson*, 537 U.S. 28, 33 (2002). The removing party bears the burden of establishing subject matter jurisdiction. *Gaus*, 980 F.2d at 566.

Syrus Gahreman and Lourdes Barragan removed this case on May 29, 2015, invoking this Court's federal question jurisdiction. *See* 28 U.S.C. § 1331. According to the well-pleaded complaint rule, a federal question must inhere from the plaintiff's claims for relief. *Caterpillar Inc. v. Williams*, 482 U.S. 386, 392 (1987); *ARCO Envtl. Remediation, LLC v. Dept. of Health and Envtl. Quality*, 213 F.3d 1108, 113 (9th Cir. 2000).[1] This case, however, is an unlawful detainer action governed by California law, and it raises no apparent issues of federal law. *See, e.g.*, *Matthew 01 Inv., LLC v. Bloom*, No. CV 15-15-150-SVW-PLA, 2015 U.S. Dist. LEXIS 5641, at *1-2 (C.D. Cal. Jan. 13, 2015); *Burbank Blvd. Apts. Owner LLC v. Cabessa*, No. CV 14-9902-SVW-AJW, 2015 US Dist. LEXIS 3602, at *1-2 (C.D. Cal. Jan. 9, 2015).

Instead of arguing that the complaint raises a federal question, Gahreman and Barragan appear to argue that the unlawful detainer violates federal civil rights laws. They cannot, however, establish jurisdiction from a defense or counterclaim. *Vaden v. Discover Bank*, 556 U.S. 49, 60 (2009); *Franchise Tax Bd. v. Construction Laborers Vacation Trust*, 463 U.S. 1, 14 (1983). Gahreman and

---

[1] There are exceptions to the well-pleaded complaint rule — the artful pleading doctrine and complete preemption, for example — but they are not relevant to this case.

|  | : |
|---|---|
| Initials of Preparer | PMC |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-cv-4046-SVW-JC | Date | June 10, 2015 |
|----------|---------------------|------|---------------|
| Title | Sergio Varela v. Syrus Gahremand, et al. | | |

JS - 6

Barragan therefore failed to carry their burden of establishing subject matter jurisdiction.

The Court REMANDS the case to the California Superior Court for the County of Los Angeles.

_____ : _____

Initials of Preparer                    PMC